1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| BARBARA BORLAND ) | |
| ) | Civil Action No. 1:04-CV-6017 LJO |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| vs. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 30 day extension of time, until June 27, 2005, in which to file and serve Plaintiff's Opening brief. All remaining actions under the scheduling order filed, July 6, 2004, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

/ /

| | | |
|---|---|---|
| 1 | Dated: May 31, 2005 | /s/ Gina Fazio |
| 2 | | GINA FAZIO, |
| | | Attorney for Plaintiff. |
| 3 | Dated: May 31, 2005 | |
| 4 | | MCGREGOR SCOTT |
| | | United States Attorney |
| 5 | | |
| 6 | | By: /s/ Kristi C. Kapetan |
| | | (as authorized via facsimile) |
| | | KRISTI C. KAPETAN |
| 7 | | Assistant U.S. Attorney |

IT IS SO ORDERED.

**Dated:   June 2, 2005**          **/s/ Lawrence J. O'Neill**
b9ed48                              UNITED STATES MAGISTRATE JUDGE