```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone:  (559) 498-7316
 5
    Attorneys for Defendant
 6
 7            IN THE UNITED STATES DISTRICT COURT FOR THE
 8                   EASTERN DISTRICT OF CALIFORNIA
 9  BARBARA BORLAND,            )    1:04-cv-6017 LJO
                                )
10           Plaintiff,         )    STIPULATION AND ORDER
                                )    TO EXTEND TIME
11                              )
             v.                 )
12                              )
    JO ANNE B. BARNHART,        )
    Commissioner of Social      )
13  Security,                   )
                                )
14           Defendant.         )
    _____)
15
16      The parties, through their respective counsel, stipulate
17  that defendant's time to respond to plaintiff's opening brief be
18  extended from August 1, 2005 to August 31, 2005.
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25
26
                                 1
```

    This is the defendant's first request for an extension of time to respond to plaintiff's opening brief.  Defendant needs the additional time to further review the file and prepare a response in this matter.

                                    Respectfully submitted,


Dated: July 21, 2005            /s/ Gina M. Fazio
                                (As authorized via facsimile)
                                GINA M. FAZIO
                                Attorney for Plaintiff


Dated: July 22, 2005            McGREGOR W. SCOTT
                                United States Attorney


                                /s/ Kristi C. Kapetan
                                KRISTI C. KAPETAN
                                Assistant U.S. Attorney




IT IS SO ORDERED.

**Dated:   July 26, 2005**            **/s/ Lawrence J. O'Neill**
b9ed48                          UNITED STATES MAGISTRATE JUDGE